FILED
CLERK, U.S. DISTRICT COURT
APR 2 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKID ROW HOUSING TRUST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEROME RENE ROBINSON,<br><br>　　　　Defendant. | Case No. CV 14-01754 (SS)<br><br>**ORDER SUMMARILY REMANDING**<br><br>**IMPROPERLY-REMOVED ACTION** |

　　The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

　　On March 10, 2014, Defendant Jerome Rene Robinson, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice of Removal ("Notice") to this Court and also presented an application to proceed <u>in forma pauperis</u>. The Court has denied the latter application under separate cover because the action was not properly removed.

To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, this action could not have been originally filed in federal court because the complaint does not allege facts supporting either diversity or federal question jurisdiction, and therefore removal is improper. 28 U.S.C. § 1441(a); see Exxon Mobil Corp v. Allapattah Svcs., Inc., 545 U.S. 546, 563 (2005). Defendant's notice of removal asserts that removal is proper based upon federal question jurisdiction. (Notice at 6-7). However, a review of the Notice reveals that if any federal question exists, it exists only as an affirmative defense. (Notice at 6-9). Accordingly, the action cannot be removed to federal court. Merrell Dow Pharmaceuticals, Inc. v. Thompson, 478 U.S. 804, 808 (1986) ("[a] defense that raises a federal question is inadequate to confer federal jurisdiction.").

1    Accordingly, IT IS ORDERED that (1) this matter be REMANDED
2  to the Superior Court of California, County of Los Angeles, 110
3  North Grand Avenue, Los Angeles, CA 90012, for lack of subject
4  matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) the
5  Clerk send a certified copy of this Order to the state court; and
6  (3) the Clerk serve copies of this Order on the parties.

8    IT IS SO ORDERED

10 DATED: April 20, 2014

    _____
    GEORGE H. KING
    CHIEF UNITED STATES DISTRICT JUDGE